# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: _____ Ting Ji v. Bose Corporation _____

District Court Number: 06-cv-10946 _____

Fee:    Paid?    Yes __×__ No _____    Government filer _____    *In Forma Pauperis* Yes _____    No _____

Motions Pending    Yes _____ No __×__          Sealed documents    Yes _____ No __×__
*If yes, document #* _____          *If yes, document #* _____

*Ex parte* documents    Yes _____ No __×__          Transcripts    Yes __×__ No _____
*If yes, document #* _____          *If yes, document #* 128, 165, 179-183

Notice of Appeal filed by: Plaintiff/Petitioner __×__    Defendant/Respondent _____    Other: _____

Appeal from:    #86 Memo & Order,  #164 Memo & Order #214 Memo & Order #213 Order

Other information:

     I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

   Notice of Appeal, #86 Memo & Order, #164 Memo & Order, #214 Memo & Order #213 Order

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # ___215___, filed on __9/10/2009__ .

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on __9/25/2009__ .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

### PLEASE RETURN TO THE USDC CLERK'S OFFICE