# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Ting Ji v. Bose Corporation,

District Court Number: 06-cv-10946

Fee: Paid? Yes __X__ No ____  Government filer ____  *In Forma Pauperis* Yes ____ No ____

Motions Pending   Yes ____ No __X__          Sealed documents   Yes ____ No __X__
*If yes, document #* _____            *If yes, document #* _____

*Ex parte* documents   Yes ____ No __X__     Transcripts   Yes __X__ No ____
*If yes, document #* _____            *If yes, document #* 128, 165, 179-183

Notice of Appeal filed by: Plaintiff/Petitioner ____  Defendant/Respondent __X__  Other: ____

Appeal from: Order on Motion for Attorney Fees, Order on Motion for New Trial

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order on Motion for Attorney Fees

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 216, filed on 9/23/2009.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 9/25/2009.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**